**Ruby M. STOCKMAN, Petitioner,**

v.

**U.S. RAILROAD RETIREMENT BOARD, Respondent.**

No. 05–12535.

United States Court of Appeals, Eleventh Circuit.

May 31, 2006.

April England–Albright, Selma, AL, for Petitioner.

Nancy V. Russell, Chicago, IL, for Respondent.

Before HULL and WILSON, Circuit Judges, and DUPLANTIER,* District Judge.

PER CURIAM:

We find that, on the record before us, substantial evidence supports the decision of the Railroad Retirement Board that Petitioner Ruby Stockman is entitled to ben-

---

* Honorable Adrian G. Duplantier, United States District Judge for the Eastern District of Louisiana, sitting by designation.

efits under the Railroad Retirement Act. Therefore, the agency decision is affirmed.

**AFFIRMED.**